UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
C.T. Individually and on behalf of her child S.T.,
A minor,

                  Plaintiffs,

Case No: 2:25-cv-1125-PKC-ARL

ANSWER TO COMPLAINT

-against-

NORTHPORT-EAST NORTHPORT UNION
FREE SCHOOL DISTRICT,
                  Defendant.
------------------------------------------------------------------X

       Defendant NORTHPORT-EAST NORTHPORT UNION FREE SCHOOL DISTRICT (hereinafter the "District"), by their attorneys, Ingerman Smith, LLP, answering the Complaint, allege as follows:

       1.     The District admits the allegations contained within Paragraphs "1", "2", "3", "5", "6", "7", "8", "15", "29", "40", "43", "44", "45", "46" and "58" of the Complaint.

       2.     The District denies the allegations contained within Paragraphs "4", "11", "12", "13", "14","16", "17", "41", "48", "49",, "51", "52", "53", "54", "55", "57", "59", "61" and "62" of the Complaint.

       3.     The District lacks knowledge or information sufficient to form an opinion with respect to the allegations contained within Paragraphs "10" and "18" of the Complaint.

       4.     The District admits the allegations contained in Paragraph "9" of the Complaint to the extent that over time S.T. has been diagnosed with several conditions including Autism Spectrum Disorder, Russell-Silver Syndrome and Attention Deficit/Hyperactivity Disorder. The District otherwise denies the remaining allegations of that Paragraph.

       5.     The allegations contained within Paragraphs "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39","47" and "60" of

the Complaint call for legal conclusions to which no response is required. To the extent a response is necessary, the District denies the allegations contained herein.

6. The District admits the allegations contained within Paragraph "42" of the Complaint to the extent that the conclusions of IHO Gronbach are accurately stated. However, the District asserts that those conclusions were erroneous in all respects as determined by the New York State Review Officer.

7. With respect to the allegations contained within paragraph "56" of the complaint, the District asserts that no response is required.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

8. The SRO correctly held that the District provided a Free and Appropriate Public Education to S.T. during the 2021-2022, 2022-2023 and 2023-2024 school years.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

9. The Winston Preparatory Academy is not an appropriate program in the least restrictive environment for S.T. As such, the Plaintiffs are not entitled to tuition reimbursement under any circumstances.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

10. The Plaintiffs are not prevailing parties, and are therefore not entitled to reimbursement of reasonable attorneys' fees.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

11. Equitable consideration weigh in favor of the District, and do not favor the Plaintiff.

WHEREFORE, it is respectively requested that the Complaint be dismissed in its entirety, and that the Defendant be granted other further relief as this Court deems just and proper.

Dated: Hauppauge, New York
      March 25, 2025

Respectfully submitted,

INGERMAN SMITH, LLP

By: _____
CHRISTOPHER VENATOR, ESQ. (cv-8347)
*Attorneys for Northport-East Northport*
  *Union Free School District*
150 Motor Parkway, Suite 400
Hauppauge, New York 11788
(631) 261-8834
cvenator@ingermansmith.com


*(VIA ECF)*
TO: RICHARD F. CORRAO, ESQ.
    Law Offices of Susan Deedy & Associates
    *Attorneys for Plaintiffs*
    1600 Stewart Avenue, Suite 609
    Westbury, New York 11590
    (516) 221-8133

*(VIA ECF)*
BENJAMIN J. HINERFELD
Law Offices of Benjamin J. Hinerfeld
*Co-Counsel For Plaintiffs*
9 Stoddard Street
Plymouth, MA 02360