UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
C.T. *individually, and on behalf of her child*,
S.T. *a minor*,

                            Plaintiff,

                -against-                        **ORDER**
                                                          CV  25-1125 (PKC) (ARL)

Northport - East Northport Union Free School
District,
                          Defendant.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Completion and filing of the attached form is the first step in the scheduling process and is mandatory.  This Rule 26(f) Report shall be submitted to the Court by May 27, 2025.

Dated:  Central Islip, New York               **SO ORDERED:**
           April 25, 2025

                                                          _____s/_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge