# Law Office of Benjamin J. Hinerfeld

| | | |
|---|---|---|
| 1528 Walnut Street, Suite 1100 | 9 Stoddard Street | 447 Broadway, 2nd Floor |
| Philadelphia, PA 19102 | Plymouth, MA 02360 | New York, NY 10013 |
| (Tel.) 215.694.7432 | (Tel) 508.591.0385 | (Fax) 215.689.2423 |

Ben@Hinerfeldlaw.com   Licensed in IN, MA, PA, NY, NC, NJ, DE (inactive)

November 26, 2025

*Via* electronic mail to:
Christopher F. Venator, Esq.
Ingerman Smith, LLP
150 Motor Parkway, Suite 400
Hauppauge, NY 11788
Cvenator@ingermansmith.com

Re:   *C.T. and P.T., individually, and on behalf of their child, S.T.,*
 *a minor, v. Northport - East Northport Union Free School District*,
 Civ. No. 2:25-cv-1125-PKC-ARL

Dear Mr. Venator:

Attached are Plaintiffs' Notice of Motion for Judgment on the Administrative Record, the Declaration of Benjamin J. Hinerfeld in Support of Motion for Judgment on the Administrative Record, and the Memorandum of Law in Support of Motion for Judgment on the Administrative Record.

Respectfully submitted,

Benjamin J. Hinerfeld

Attachments (3)