Law Office of Benjamin J. Hinerfeld

1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
(Tel.) 215.694.7432

9 Stoddard Street
Plymouth, MA 02360
(Tel) 508.591.0385

447 Broadway, 2nd Floor
New York, NY 10013
(Fax) 215.689.2423

Ben@Hinerfeldlaw.com Licensed in IN, MA, PA, NY, NC, NJ, DE (inactive)

January 9, 2026

***Via Electronic Filing***
Hon. Pamela K. Chen
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *C.T. and P.T., individually, and on behalf of their child, S.T., a minor, v. Northport - East Northport Union Free School District*, Civ. No. 2:25-cv-1125-PKC-ARL

Dear Judge Chen:

Today Plaintiffs are bundle filing the following documents in connection with this action for review under the Individuals with Disabilities Education Act:

1. Notice of Plaintiffs' Motion for Judgment on the Administrative Record.
2. Declaration of Benjamin J. Hinerfeld in support of Plaintiffs' Motion for Judgment on the Administrative Record.
3. Memorandum of Law in support of Plaintiffs' Motion for Judgment on the Administrative Record.
4. Reply Memorandum in further support of Plaintiffs' Motion for Judgment on the Administrative Record
5. Proposed Order for relief.
6. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Judgment on the Pleadings.

Plaintiffs will deliver a courtesy copy per Your Honor's Individual Practices and Rules, and will email a Word version of the Proposed Order to chambers.

Respectfully submitted,

Benjamin J. Hinerfeld

cc: Christopher Venator, Esq., counsel for Defendant.